# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.** 22-8291-BER

UNITED STATES OF AMERICA

v.

Ronald A. Bergrin,

_____ Defendant. _____ /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes ✔ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✔ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____

ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A5500698
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:          (561) 209-1015
Fax:          (561) 820-8777
Email:      Anthony.Lacosta@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ronald A. Bergrin | ) | Case No.  22-8291-BER |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED BY___ TM ___D.C.**

**Jul 25, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. –  West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ see below _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) and (b)(4) | Knowingly threaten a federal law enforcement officer (Mar. 10, 2022) |
| 18 U.S.C. § 875(b) | Knowingly transmit a threat to injure a person in commerce (Mar. 10, 2022) |
| 18 U.S.C. § 876(c) | Knowingly deposit a threat to injure a Federal Law Enforcement Officer in the mail (Mar. 10, 2022) |
| 18 U.S.C. § 922(g)(4) | Knowingly possess a firearm having been adjudicated a mental defective and having been committed to a mental institution (June 13, 2022) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dominick Healey, Special Agent (FBI)
*Printed name and title*

Attested to by the Complainant in accordance with the requirements of Fed.R.Crim.P. by Facetime

Date: _____ 07/25/2022 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

Bruce E. Reinhart, United States Magistrate Judge - SDFL
*Printed name and title*

## AFFIDAVIT

I, Dominick B. Healey, being first duly sworn, hereby depose and state as follows:

## AFFIANT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since January 2019.  Before joining the FBI, I also served on active duty as a Military Police officer in the United States Army from December 2013 to March 2018.   I attended and graduated from the approximately 4-month FBI Basic Field Training Course in Quantico, Virginia, where I received specialized training necessary to become an FBI Special Agent.  As part of my training, I received instruction on federal criminal law and the investigation of federal crimes, including firearms offenses, threats, and other violent crime.  After graduating from the FBI Academy, I was assigned to the Palm Beach County Resident Agency's Squad PB2, the Violent Crimes and Major Offender Squad.   In this position, I have participated in dozens of investigations dealing with firearms violations, commercial robberies, bank robberies, stalking, written threats, crimes against children, and other violent crimes. I am Squad PB2's Threat Coordinator for intake and investigation of threats of violence in Palm Beach County.

### Purpose of this Affidavit

2.      The affidavit is submitted for the limited purpose of establishing probable cause to arrest Ronald A. **Bergrin** for the following violations of federal law:

(a) Violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4) – On or about March 10, 2022, Ronald A. **Bergrin** knowingly threatened to assault a Federal law enforcement officer, with intent to retaliate against such law enforcement officer on account of the performance of official duties;

(b) Violation of 18 U.S.C. § 875(b) – On or about March 10, 2022, Ronald A. **Bergrin** knowingly transmitted in interstate commerce a threat to injure the person of another, with the intent to extort money from any person, firm, association or corporation;

(c) Violation of 18 U.S.C. § 876(c) – On or about March 10, 2022, Ronald A. **Bergrin** knowingly deposited and caused to be deposited in the United States mail a communication addressed to another person that contains a threat to injure another, that is, a Federal law enforcement officer;

(d) Violation of 18 U.S.C. § 922(g)(4)  - On or about June 13, 2022, Ronald A. **Bergrin** did knowingly possess a firearm and ammunition that has moved in interstate and/or foreign commerce, knowing that he had been adjudicated as a mental defective or had been committed to a mental institution.

3.      The facts to set forth probable cause for these alleged violations are set forth below and are based upon my personal knowledge or on information provided to me by other law enforcement agents, either in person or through review of their reports.  Because the facts are set forth for the limited purpose of establishing probable cause, I have not alleged every fact known to me or other law enforcement officers regarding this investigation.

### Mr. Bergrin's Background

4.      Based on the facts below, Ronald A. **Bergrin** is currently a Boynton Beach resident, who has also resided in the northeast United States.  Record checks and review of court records confirmed that on December 19, 2014, **Bergrin** was arrested and indicted in Case No. 15-CR-00004-DAP in the Northern District of Ohio.  **Bergrin** was indicted for threatening a federal officer, transmitting interstate threatening communications, and cyberstalking. 18 U.S.C. §§ 115, 875, and 2261A.

5.      According to the complaint affidavit in that case, **Bergrin** was upset with certain FBI agents regarding the treatment of a family member who had been indicted and convicted for various racketeering crimes, including drug trafficking, conspiracy to murder a witness, travel act violations, and tax violations.  **Bergrin** was upset with the treatment of his cousin and began repeatedly contacting the FBI Newark Field Office to complain about the FBI case agent, including allegations that the case agent was having **Bergrin** followed.  In April or May 2013, **Bergrin** called the case agent and threatened he would come after her if she did not stop having him following.  **Bergrin**'s stalking of the agent caused the FBI Newark Division to disseminate a BOLO warning to be on the lookout for potentially dangerous behavior by **Bergrin**.

6.      In April 2014, the complaint indicates **Bergrin** sent four Easter cards to the FBI case agent's home in Philadelphia (she had transferred from Newark).  The cards were postmarked from West Palm Beach, which the complaint affidavit described as approximately 15 miles from Boynton Beach, Florida, where Ron **Bergrin** had a home.[1]  **Bergrin** later admitted to sending the

---

[1] This is the same address **Bergrin** was residing in on June 13, 2022 (described below).

2

cards using different names, some of which were from his cousin's case, but claimed they were not threatening.

7.      On December 18, 2014, Bergrin sent an email to his cousin's daughter stating he had been in Cleveland the past month, less than one hour from the case agent's house (**Bergrin** used the FBI agent's actual home address), and said he would be stopping by to say hello, and that she (the FBI agent) thought she lived in a safe place where nobody could get to her. **Bergrin** further wrote he was going to teach her a lesson and "crush her like the bug she is," saying, "she will never sleep at night again.  She will have nightmares.  I'm going to investigate her neighbors – like she did to mine.   Please do not send this out."  The family of his cousin's daughter turned the AOL email over to law enforcement, who later confirmed that the AOL address was registered to Ron **Bergrin**. **Bergrin** was located in Cleveland, interviewed, and claimed he sent the email to a family member out of frustration.  **Bergrin** admitted to finding the house on the internet, but denied going to the location.

8.      Court records document that after his arrest, **Bergrin** was held in pretrial detention for approximately 22 months pending resolution of his case.  In December 2015 and October 2016, the court held competency hearings and ultimately held that **Bergrin** was incompetent.  This 22-month period includes time that **Bergrin** was involuntarily committed by the District Court Judge to a BOP psychiatric facility to determine whether doctors could restore **Bergrin**'s competency. The indictment was dismissed and **Bergrin** was released.  At the final hearing, however, **Bergrin** insisted that he, "would rather be incarcerated and be given a fair trial than let loose and be declared incompetent."[2]

9.      **Bergrin** unsuccessfully appealed the district court's judgment to the Sixth Circuit Court of Appeals.  On March 16, 2018, the Circuit Court affirmed the lower court's judgment declaring **Bergrin** incompetent to stand trial.  In making that finding the Court acknowledged that "the 'collateral consequences of being adjudged mentally ill' include potential limits on the right to vote, serve on a jury, obtain a driver's license, and own a gun."

10.     In a *pro-se* pleading, **Bergrin** challenged the Sixth Circuit opinion in a Petition for *Certiorari* before the United States Supreme Court.  That Petition was denied.

---

[2] Your affiant pulls this quote from the 6th circuit opinion describing the record of the proceedings below. Case 16-4240 (DE 52-2, Page 3)

### The March 10th Letter

11.     On March 15, 2022, FBI Headquarters in Washington D.C. received a letter, delivered by the U.S. Postal Service via certified mail, addressed to FBI Director Christopher Wray and other high-ranking Department of Justice officials.  The letter was signed "Ronald A. Bergrin," with a return address for a residence in Boynton Beach, Florida.  The postal stamp on the envelope confirmed the letter had been sent to Washington D.C. from Boynton Beach by the United States Postal Service on March 10, 2022.

12.     In the letter, **Bergrin** describes participating in a lawsuit against the Department of Justice where he seeks 23 million dollars in damages.  **Bergrin** goes on to complain about years of perceived FBI harassment that ultimately resulted in his arrest and 22 months of incarceration in Cleveland, Ohio.  **Bergrin** complains the "[. . .] illegal and corrupt actions of the FBI agents and the AUSA's were supported by several corrupt Judges in the Sixth Circuit of Ohio, and numerous other members of the United States Department of Justice [. . . ]"  **Bergrin** explains he will work "compulsively" to achieve his goals.  **Bergrin** then sets an ultimatum on page 3:

> "If the civil suit that Judge [V.B.] forwarded to the Civil Division is not fully-settled by September 30, 2022, I will retaliate against those who violated my Constitutional Rights on or after October 1, 2022, solely because the Civil Division has not afforded me the justice that I am legally entitled to receive in accordance with the Constitution of the United States.  Throughout the past few months, I have been disposing of the majority of my assets and my money, and it is my goal to dispose of <u>all</u> of my assets by September 30, 2022."

One paragraph later, **Bergrin** writes  about his doctors keeping him alive,

> ". . . and much of the enjoyment that I get out of life is now limited to going to numerous local shooting ranges every couple of weeks with numerous guns where I fanaticize about obtaining the 'justice' that the Civil Division has refused to provide to me."

13.     On page 4, **Bergrin**'s comments include statements that **Bergrin** is grateful he doesn't have a wife or children, ". . . and I am therefore able to receive some semblance of justice in the herein case, despite such justice most likely resulting in my death."   That paragraph then ends with another ultimatum:

> "Therefore, if a Settlement is not 'fully concluded' by September 30, 2022, (in excess of six (6) months from the above date), I will take justice into my own hands by serving lots of Starbucks coffee to those who violated my Constitutional Rights.

Such generosity on my part is a small price to pay for a semblance of the 'justice' that is being withheld from me by the Civil Division.  Notwithstanding the above, if the case is fully-settled prior to September 30, 2022, then I would not retaliate."

14.       After **Bergrin** describes in detail various perceived injustices by judges and FBI agents, **Bergrin** indicates on page 5, that he is tired of playing "Defense" and he will start playing "Offense."  **Bergrin** describes using women from dating sites to lure FBI agents to locations . . . "and I will pleasantly surprise the FBI agents with the Starbucks coffee when the FBI agents arrive (as a way for me to thank the FBI agents for their dedication and service to our country)."  Later, in the same paragraph, **Bergrin** writes:

> "After I serve the FBI agents the Starbucks coffee, the FBI agents and I would get into a van, and I would then treat the FBI agents to a free tour of the beautiful Florida Everglades.  I hear that the Everglades is very beautiful that time of year. This online dating strategy was developed and will be employed on October 1, 2022 solely because the Civil Division has not compensated me for my financial losses and for my numerous devastating bodily injuries and other injuries."

15.       In the next paragraph, **Bergrin** refers to other "strategies" that he has perfected and his work on a "4th strategy."  "The Scum Bags from the FBI harassed me and abused me for 13 long years, and on October 1, 2022 it will be my turn to play Offense."  On Page 7, **Bergrin** makes reference to the FBI agents fearing him, having put up photographs of him in New York and New Jersey Field Offices.

16.       **Bergrin** states on page 7 that he expects to die and is disposing of his assets. **Bergrin** refers to selling a vehicle on two websites (cargurus.com and autotrader.com), which he alleges the FBI tried to purchase.  He also alleges on pages 7 and 8 of trying to sell "one of my many AR-15 rifles" on two websites and alleges that the FBI tried to trick him into selling the rifle illegally to a person out-of-state without going through a federally licensed firearms dealer (FFL). In the exchange with the purported FBI agent, **Bergrin** alleges threatening the interested customer: "If you have the balls, stop by my house and I'll give you the gun for free (along with 30 rounds of .556 Ammo) Scum Bag!"  Elsewhere in the letter (page 7), **Bergrin** also threatens the civil division, stating "[. . .] because I am more than willing to work along with the Civil Division, but if the Civil Division prefers to violate my Constitutional Rights, then I will serve my adversaries with Starbucks coffee and a free tour of Florida's beautiful Everglades."

17.     In total, the letter is 10 pages and is attached to this Complaint (with redactions) at **Exhibit** 1.  Your affiant respectfully submits that when **Bergrin** is discussing delivering Starbucks coffee, especially after discussing fantasies of 'justice' on the gun range, Bergrin is in fact threatening physical violence if his demands are not met.  **Bergrin**'s allusions to taking FBI agents on a tour of the Everglades is an allusion of disposing of bodies in the swamp.  Your affiant's own reading of this letter is consistent with analysis by the FBI Behavioral Analysis Unit (BAU).  BAU experts have interpreted the letter as a threat and judge **Bergrin** to, "pose a high risk of conducting an act of targeted violence."

### The March 31st letter

18.     On April 14, 2022, FBI Headquarters in Washington D.C. received a second letter via U.S. Mail signed in the name of "Ronald A. Bergrin," bearing a March 31 postmark from West Palm Beach Florida, and with the same return address, email, and phone number provided in the March 10th letter.  In this 2-page letter, **Bergrin** apologizes for the March 10th letter, while also reemphasizing perceived injustices by the Department of Justice:

> "I am writing to apologize for my prior letter dated March 10, 2022. I sometimes over-react when an injustice is committed against me, and I did not mean the things that I stated in my prior letter. I would never physically harm anyone, despite the fact that I was physically harmed by members of the U.S.D.O.J. while in prison for crimes that never occurred, and for crimes that the U.S.D.O.J. was aware had never occurred. I was never planning to do anything harmful to anyone."

19.     On the second page of the letter, **Bergrin** acknowledges that his pending lawsuit in New York that was the subject of his first letter was dismissed by the judge.  **Bergrin** writes after reading the cover page on the court's docket entry dismissing his case, **Bergrin** perceived being contacted by "numerous FBI agents who stalked me [**Bergrin**] and cyber-stalked me and I then responded to the FBI emails by writing some things to them that were not very nice and were immature, but I was never planning to cause injury to anyone."  The letter continues for several more paragraphs documenting further perceived grievances, before ending with another apology for "letter dated March 10, 2022, and I was never planning to harm anyone."

### The Events of June 2022

20.     On June 6, 2022, **Bergrin** called the FBI National Threat Operations Center (NTOC) and reported that the FBI was engaged in a continuous campaign of stalking,

cyberstalking, and harassment towards him, and had so been since he sued the FBI for wrongful arrest. **Bergrin** also stated that he wouldn't "put up with it anymore", and that he had access to weapons, stating, "I have never ever not had a gun since 1992, give or take a year." **Bergrin** then requested information on how to make a walk-in complaint to the FBI in Florida. **Bergrin** stated during this call that "*retaliate*" could mean, "I'm gonna sue them, could mean I'm gonna hurt somebody, could mean anything," but then stated that he did not intend to hurt anyone.

21.     On June 7, 2022, **Bergrin** arrived at the FBI Miami Division Field Office in Miramar, Florida, and spoke to an agent. **Bergrin** spoke to the agent about his cousin's case, his perceived years-long harassment by the FBI, his own prior arrest for threatening an FBI agent, his determination of incompetence to stand trial, his appeal case, his civil case, and the letter he had sent to the FBI Director months prior. **Bergrin** told the agent that he owns firearms, and sells them for profit on Florida Gun Trader and Arms List websites. **Bergrin** told the agent that the FBI was continually interfering in his daily life, by telling women they can't date him, by employing his stockbroker to work against him in an informant capacity, and by hacking into his computer.

22.     **Bergrin** also stated that he had recently been trying to sell an AR-15 style rifle, and a person attempted to purchase the weapon from him over-price and from outside of Florida. **Bergrin** knew this sale would not be legal, and believed this person was an FBI agent trying to entrap him. He stated that he emailed the person with words to the effect of, "come over to my home and I'll give the gun to you for free and I'll put 30 rounds of 5.56 ammo in you."[3] **Bergrin** also stated that he is a daily user of Xanax, prescribed by a doctor pursuant to a bipolar disorder diagnosis, but that he only pretended to have bipolar disorder in order to obtain Xanax.

23.     While unaware of the March 10th letter at that time, the agents assessing the complaint found **Bergrin**'s oral comments in themselves sufficiently alarming to forward notice of Bergrin's oral statements to the Palm Beach County Sheriff's Office (PBSO) Targeted Violence Unit (TVU). Upon its own independent review of the material, PBSO TVU petitioned for and received a Risk Protection Order (RPO). This RPO is a civil order that temporarily prohibits **Bergrin** from possessing firearms under Florida law.

24.     On the afternoon of June 13, 2022, PBSO TVU detectives served **Bergrin** the RPO at his Boynton Beach residence. At that location, **Bergrin** came out of the residence wearing only

_____

[3] Your affiant knows that "5.56 ammo" refers to 5.56 x 45mm NATO ammunition. 5.56x45mm NATO ammunition is the military variant of the round used by standard AR-15 rifles, and is often cross-compatible therewith.

underwear and spoke to the officers in the front yard.  On a recording, **Bergrin** acknowledged service and volunteered that he had firearms inside the house and said that the officers could come inside the residence and get them.   When officers went inside with **Bergrin**, **Bergrin** sat in a chair and directed the officers orally around the house.  In total, six (6) 9mm semi-automatic firearms were recovered from the premises:   (1) a Sig Sauer P365 assigned serial number 66B324032; (2) a Springfield Hellcat assigned serial number BY256114; (3) a Sig Sauer P365 assigned serial number 66B400019; (4) a Glock 43X assigned serial number BPLN442; (5) a Glock 45 bearing serial number BMFC455; and (6) a Sig Sauer P365 bearing serial number 66B179676. The detectives also recovered 11,772 rounds of 9mm ammunition, twenty-six (26) Glock 9mm magazines, fourteen (14) Springfield 9mm magazines, and thirty-three (33) Sig Sauer 9mm magazines.   On the bed, were a pair of shorts with a holster affixed to a belt and one of the above-described guns inside of the holster.  The PBSO detectives also observed in plain view several blue shirts inscribed "FBI FEDERAL AGENT" in large yellow printed letters. Some of the shirts were still in shipment packaging, while others were not.

25.     While outside of his residence, **Bergrin** told the serving officers that the RPO had to do with him suing the federal government and with a letter that he recently sent to "D.C." saying that he, "wants his money by September 30th."  While officers were removing firearms from **Bergrin**'s residence, **Bergrin** continued to explain his grievances with the FBI.  When asked about the FBI shirts, **Bergrin** told officers that he was using the shirts to invent a new type of concealed carry clothing for law enforcement.  **Bergrin** also told the officers that he sold firearms.  **Bergrin** told an officer that he was a firearms dealer, that he sold firearms online, but that he couldn't remember his login credentials for the website where he sold them.  **Bergrin** did show officers a computer where he said he was working on his lawsuits against the federal government.  The officers left after removing the firearms, magazines, and ammunition.

26.     On June 15, 2022, **Bergrin** sent an email from his AOL address to a PBSO Detective that had served the RPO.  Bergrin wrote that he had one additional box of ammunition, that he was not a threat, that he had never been mentally ill, and that his mental illness was a false allegation invented by the D.O.J.   **Bergrin** further explained that he was supporting himself in Florida by buying and selling firearms on the internet, and by buying ammunition on the internet and selling it at gun shows.  That email goes on to say that that **Bergrin** created a nonprofit corporation called the "Ventilator Task Force" to deliver ventilators to persons in need during the

8

COVID-19 epidemic.  Later, **Bergrin** stated he changed the nonprofit's business model:  "In order to finance 'Ventilator Task Force', I decided to purchase and to sell all of my ammunition through Ventilator Task Force."  **Bergrin** stated he did not make a lot of money buying and selling guns, but it was enough to make ends meet and he was worried that he will lose his house if he cannot keep buying and selling guns.  As for the shirts in his home, **Bergrin** stated in his email he had created a new type of apparel for "Undercover Law Enforcement" to wear, that he was patenting his invention, and that he expected to start generating revenue in approximately eighteen to twenty-four (18-24) months.

27.     A special agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) examined each of the firearms recovered from **Bergrin**'s residence on June 13, 2022, as described above, and a portion of the ammunition, and concluded that each of the firearms and the examined ammunition have moved in interstate and/or foreign commerce.

28.     Your affiant has confirmed through a review of the docket in *United States vs. Ronald Bergrin*, Case No. 15-CR-00004-DAP (N.D. Oh.), that on December 9, 2015, a federal judge found **Bergrin** incompetent and committed **Bergrin** to a BOP medical facility to see if **Bergrin** could be restored to competency.[4]  On or about October 26, 2016, the district court found **Bergrin** incompetent to stand trial, resulting in the dismissal of the criminal indictment in that case.[5]  Notwithstanding **Bergrin**'s statement to PBSO, your affiant has found multiple instances of **Bergrin** personally acknowledging that he was previously found incompetent, including, but not limited to:  **Bergrin**'s November 8, 2016, *pro se* letter to the Sixth Circuit during his appeal of that judgment;[6] **Bergrin**'s *pro se* letter to the Sixth Circuit, dated October 5, 2017;[7] Petitioner's *pro se* Petitioner for Certiorari to the U.S. Supreme Court; **Bergrin**'s October 21, 2019, *pro se*

---

[4] Case 150CR099994 – Docket Entry 51, and Docket Entry 60 at page 78-79.

[5] Case 150CR099994 – Docket Entry 100 and 108, at page 25-29.

[6] In this pro-se letter, the defendant requests CJA counsel to assist his appeal of Judge Polster's "Decision and Order, dated October 27, 2016, in which Judge Polster dismissed the above case and erroneously declared Defendant to be 'Incompetent to Stand Trial'". . . . Case 16-4240 (DE:7), filed 11/24/22.

[7] On page 1 of this 36-page letter contesting the Court's judgment, **Bergrin** wrote: "As you are aware, on October 26, 2016, Judge Dan Polster violated my constitutional rights by unjustifiably declaring me to be "Incompetent to Stand Trial" . . . . *United States of America v. Ronald Bergrin*, Case: 16-4240 (DE:36); filed 10/06/2017.

Civil Complaint against DOJ and others in the SDNY; [8] and a *pro se* letter to the court in SDNY filed June 4, 2021.[9]

### Conclusion

29.     For the reasons set forth above, your affiant respectfully submits there is probable cause for the charges alleged in the attached complaint, that is, violation of 18 U.S.C. §§ 18 U.S.C. § 115(a)(1)(B) and (b)(4), 875(b), 876(c), and 922(g)(4)[10], and that a warrant for **Bergrin**'s arrest should be issued.

YOUR AFFIANT SAYETH FURTHER NAUGHT.

                              Dominick Healey
                              Special Agent, Federal Bureau of Investigation

Sworn to before me by Facetime per
Fed.R.Crim.P. 4(d) & 4.1

HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE - SDFL

---

[8] In the Civil Complaint, filed suing DOJ and others whereupon it is stated, "[the federal judge] then violated *all* Mr. Bergrin's  due process rights, prior to wrongly, maliciously, and sadistically declaring Mr. **Bergrin** *Incompetent to Stand Trial* prior to dismissing the bogus criminal case that was brought against Mr. **Bergrin**."  *Bergrin v. United States of America*, Case 19CV9681 (Docket Entry 2 at ¶ 7).

[9] In docket entry 94, there are multiple references to the Court's finding in this *pro se* letter.  For example, on page 9, **Bergrin** writes . . . "and then I was wrongly and maliciously *declared incompetent to stand trial* by corrupt Judges." Bergrin v. United States of America, Case 19CV9681 (Docket Entry 94 at page 9).

[10] 18 U.S.C. § 922(g)(4) reads: " who has been adjudicated as a mental defective or who has been committed to a mental institution."   Your affiant submits that **Bergrin** fits under both prongs.  As described above, **Bergrin** was involuntarily committed to a BOP mental institution to be restored to competency after the first competency hearing in his criminal case.  The Court later adjudicated **Bergrin** incompetent to stand trial and dismissed the indictment. *See*  27 C.F.R. § 478.11.

# EXHIBIT 1

MARCH 10, 2022 LETTER

(redacted)

Ronald A. Bergrin

████████████, Boynton Beach, FL████████

Email:████████a@aol.com   Cell: 561-████12

March 10, 2022

<u>Via Certified Mail</u>

James G. Touhey, Jr., Esq.
Director
Torts Branch. Civil Division
United States Department of Justice
175 N Street N.E.
Washington, DC 20044

Brian M. Boynton, Esq.
Principal Deputy Assistant Attorney General
Civil Division, United States Department of Justice
Robert F. Kennedy Department of Justice Building
950 Pennsylvania Avenue NW
Washington, D.C., 20530

Christopher Wray
Director of the FBI
The J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, D.C. 20535

**Re: Ronald A. Bergrin v. United States, et al – Case number: 19 CV 9681 (VSB)**

Dear Gentlemen:

      I am and have always been a patriotic American and a firm believer in our great country upholding the Constitution of the United States; and the Capitalistic Society that our Founders created. However, I currently find myself in a country in which people at the highest levels of Government have been violating my Constitutional Rights for the past 13 years by destroying my once successful business, destroying my health, destroying my once pristine reputation, falsely arresting me, falsely incarcerating me for 22+ months, attempting to murder me on several occasions (because I refused to plead Guilty to a Misdemeanor on the State level, because the AUSA's could not take me to trial, because I did not commit a crime), destroying my ability to earn a good living, and, as if that weren't bad enough, members of the United States Department of Justice then blatantly stole from me substantially in excess of $23 Million through the crime of "Intentional Interference", by intentionally interfering with two (2) litigations that I had pending in the Supreme Court of the State of New York (Index numbers 655268/2017 and 155613/2017).

1

For the illegal acts of "Intentional Interference", Plaintiff Ronald Bergrin is seeking "Actual Damages" of $23 Million, plus legal fees, costs, and expenses, plus pre and post-judgment interest compounded at 1.5% monthly (as agreed to in the Contractual Agreement between Mr. Bergrin's client, ████ █████, MD and Ronald Bergrin), and punitive damages in order to deter such unlawful acts by members of the U.S.D.O.J. in the future. This $23+ Million is the amount of money that was earned by Mr. Bergrin throughout a period of in excess of ten (10) years of hard work, and such monies were earned, due and payable to Mr. Bergrin at the time that the FBI agents contacted Mr. Bergrin's client (K████ K███, MD) in 2013, and instructed Dr. K███ not to pay Ronald Bergrin his money.

If you had read the lawsuit that I filed against the United States (a copy of which is enclosed herewith on a flash/thumb drive), then you are aware that despite the fact that I had not committed a crime nor engaged in any wrongdoing, in or about September of 2009 the FBI began harassing me and abusing me, for no legal or legitimate reason whatsoever. After five (5) years of harassment and abuse, in November of 2014, I wrote a letter to James Comey and to numerous other members of the FBI threatening to file a civil suit against the FBI within 60 days, and thirty days after sending that letter, I was arrested by the FBI in Cleveland, Ohio and charged with crimes that never even occurred. I was essentially kidnapped by the FBI, because I threatened to sue them for 5 years of harassment and abuse. The illegal and corrupt actions of the FBI agents and the AUSA's were supported by several corrupt Judges in the Sixth Circuit of Ohio, and numerous other members at the United States Department of Justice, and I was incarcerated for a period exceeding 22+ months, despite the Assistant U.S. Attorney, Brian McDonough, and the District Court Judge, Dan Polster, and the Judges at the United States Court of Appeals for the Sixth Circuit knowing full-well that I had not committed a crime. The only crimes that were committed were the numerous crimes (and several heinous crimes) that were committed against me by members of the United States Department of Justice.

During the 22+ months of my incarceration, members of the United States Department of Justice *unsuccessfully* attempted to erroneously have me declared "Incompetent to Stand Trial", because Assistant U.S. Attorney, Brian McDonough, could not take my case to trial, because I did not commit a crime, and Mr. McDonough would not be able to convict me at trial. After Mr. McDonough *unsuccessfully* attempted to have me declared "Incompetent to Stand Trial", Mr. McDonough then arranged to have me murdered during the period of my incarceration on three (3) separate occasions, simply because I refused to plead guilty to a "Misdemeanor on the State Level", which Plead Deal I repeatedly rejected. Mr. McDonough first offered me that Plea Deal on the 3rd day of my arrest, because Mr. McDonough was aware that no crime had been committed by me. These three (3) attempts to murder me during my incarceration at the behest of Mr. McDonough and his henchmen at the Federal Bureau of Prisons and at the U.S. Marshals Service, left me with severe, permanent, and irreparable injuries to my body, which make each and every day an agonizing struggle for me, because my eyes and my heart were severely damaged, and my immune system has been severely affected and compromised, which causes me all kinds of medical issues on a daily basis (My medical records are available upon request).

2

If one were to Google my name, in addition to learning that I was charged with crimes (which crimes never even occurred), but the numerous articles that would appear make me appear as a criminal, when I am merely the "victim" of such crimes by members of the U.S.D.O.J. Upon Googling my name, one would also learn that I had been involved in numerous civil litigations that were frivolously brought against me, which forced me to "retaliate" by suing those people/corporations who brought the frivolous lawsuits against me, similar to the frivolous criminal case that the corrupt individuals at the United States Department of Justice brought against me. Had you read the enclosed lawsuit that I filed against the Government, which was filed some two and a half (2.5) years ago, you would know that I handled most of my litigations as a *pro se* litigant as both Plaintiff and Defendant, and I successfully litigated and defended <u>all</u> of the litigations in both the State Courts and in the Federal Courts.

As you may be aware, the above-referenced lawsuit was forwarded to the Civil Division of the United States Department of Justice more than thirteen (13) months ago for "Settlement Purposes" by the Honorable Vernon Broderick of the Second Circuit District Court. I mention my successful litigation outcomes not for braggadocio-reasons, but because I am a huge believer in "*justice* or *retaliation*". I did not win these numerous cases because I am a particularly intelligent person, because my intelligence level is only "average" (I was tested by the Government's own doctors at the Federal Bureau of Prisons on numerous occasions when I was incarcerated for crimes that never even occurred). I won all of my *pro se* litigations because I am a very competent "strategist" who obsesses over every facet of whatever I am working on, whether it is a business transaction, a litigation, or figuring out the best healthcare strategies to battle the cancer that my late Mother was stricken with, or figuring out the best way to retaliate against those who stole my $23+ Million and violated my Constitutional Rights and are refusing to compensate me for my numerous and devastating injuries. After obsessing for immeasurable and inconceivable periods of time, once I develop a comprehensive strategy or several strategies in which to achieve my goals, I then work "compulsively" in order to achieve those goals.  If the civil suit that Judge Vernon Broderick forwarded to the Civil Division is not fully-settled by September 30, 2022, I will retaliate against those who violated my Constitutional Rights on or after October 1, 2022, solely because the Civil Division has not afforded me the justice that I am legally entitled to receive in accordance with the Constitution of the United States. Throughout the past few months, I have been disposing of the majority of my assets and my money, and it is my goal to dispose of <u>all</u> of my assets by September 30, 2022.

Just about every day I visit with numerous doctors who keep me alive, and much of the enjoyment that I get out of life is now limited to going to numerous local shooting ranges every couple of weeks with numerous guns where I fanaticize about obtaining the "justice" that the Civil Division has refused to provide to me. The Civil Division is violating my Constitutional Rights each and every second of every day that I do not receive my $23+ Million that was "blatantly stolen from me", in addition to the compensation that I am legally entitled to receive for my numerous injuries in accordance with the Constitution of the United States.

The Founders of the United States envisioned a "Civilized Capitalistic Society", one in which our citizens Constitutional Rights would not be violated by the Government. It is a tragedy that Black people were not afforded the same protections that were envisioned for Caucasian people, and one must wonder what the Founders were thinking. Thankfully, however, Abraham Lincoln brought a Civil War in which to correct that tragic-mistake by our Founders. Notwithstanding, as a result of the political climate throughout the United States, I see no future for our country, and particularly and most tragically, no future for the young people who haven't had the opportunities that were afforded to me. For the first time, I feel blessed that I do not have a wife or children, and I am therefore able to receive some semblance of justice in the herein case, despite such justice most likely resulting in my death. Had I been married or had children, I would not have been able to reject the Government's absurd Plea Deal and I would not be able to retaliate against those who violated my Constitutional Rights as a result of the Civil Division choosing to blatantly steal my $23+ Million and denying me the justice that I am entitled to receive in accordance with the Constitution of the United States. At this time, I have no reason to believe that I would receive justice in accordance with the Constitution of the United States or the way in which one receives justice in a civilized society. Therefore, if a Settlement is not "fully concluded" by September 30, 2022 (in excess of six (6) months from the above date), I will take justice into my own hands by serving lots of Starbucks coffee to those who violated my Constitutional Rights. Such generosity on my part is a small price to pay for a semblance of the "justice" that is being withheld from me by the Civil Division. Notwithstanding the above, if the case is fully-settled prior to September 30, 2022, then I would not retaliate.

The harassment and the abuse that I suffered by members of the FBI started in September of 2009 by Special Agent S███ F█████, and subsequently by numerous other FBI agents, and such harassment and abuse has been ongoing for the past thirteen (13) years, and such harassment and abuse is still ongoing **today**. I am going to share with you only three (3) examples of such recent harassment and abuse, including harassment and abuse by several members our corrupt Justices in the Sixth Circuit, which harassment and abuse occurred less than one (1) year ago (which was four and a half (4.5) years after the frivolous criminal case against me was dismissed), and I will also share with you the harassment and abuse that recently victimized me by the members of the FBI, and some of the harassment and abuse by members of the FBI occurred **only one (1) week ago** (five and a half (5.5) years after the frivolous criminal case was dismissed):

a. On April 26, 2021 (less than one (1) year ago), members of the United States Court of Appeals for the Sixth Circuit decided to harass me and abuse me by issuing Decisions and Orders pertaining to the frivolous criminal case that was dismissed some four and a half (4.5) years earlier. At the time of my incarceration, I had filed 2 Motions to Disqualify the Dishonorable Dan Polster of the Sixth Circuit's District Court, who is nothing more than a "common criminal", who kept me incarcerated for 22+ months despite knowing that I had not committed a crime. On April 26, 2021 (four and a half (4.5) years after the frivolous criminal case was dismissed), the recently appointed Chief Judge of the United States Court of Appeals for the Sixth Circuit, Jeffrey Sutton, decided that he would harass me by issuing a Decision and Order denying my Motion to

4

Disqualify Judge Dan Polster on the case that had been dismissed some 4.5 years earlier. Jeffrey Sutton had been named a Defendant in my lawsuit against the United States, so "that" might have been the motivation for Mr. Sutton's improper and immature behavior. Mr. Sutton is nothing more than a very immature and corrupt coward whom is not worthy of any real retaliation from me. However, I did "expose" Mr. Sutton's corrupt, immature, and inappropriate behavior to more than 100 Law Professors at Harvard University, and to several others (Please see the Response that I filed in the enclosed thumb/flash drive).

As you may know, I also exposed the numerous crimes that Mr. Sutton's predecessor (R. Guy Cole), engaged in against me, by keeping me incarcerated for 22+ months despite knowing that I did not commit a crime, and I also exposed numerous other crimes that R. Guy Cole engaged in throughout his life as a "career criminal", and as a Judge. As a form of "counter-retaliation", Judge Cole then "Intentionally Interfered" with 2 civil litigations that I had pending in the Supreme Court of the State of New York, which crimes committed by Judge R. Guy Cole cost me substantially in excess of $23 Million. My exposing of Judge Coles numerous crimes, was perfectly legal and falls within the category of "First Amendment Free Speech". What Judge Cole did to me was "illegal" by engaging in "crimes" against me, and he violated my Constitutional Rights. After exposing Guy Coles' numerous crimes, he retired from the judicial bench in shame, and Jeffrey Sutton then replaced R. Guy Cole as Chief Judge. The exposing of Judge Coles' criminality is part of the evidence that forms a part of the enclosed Complaint.

I have also enclosed herewith the documents relating to the harassment and abuse that I suffered by Jeffrey Sutton who violated his Oath of Office and my Constitutional Rights five and a half (5.5) years ago when he was an Associate Judge, and Jeffrey Sutton harassed me again less than 1 year ago after sadly being appointed as Chief Judge. I have no desire to truly retaliate against Jeffrey Sutton, because he's *small potatoes* and not worth my time. I attached herewith on the thumb/flash drive a copy of the documents relating to the harassment and abuse that I suffered at the hands of Jeffrey Sutton less than 1 year ago, which harassment took place "after" the Civil Division received my case for Settlement Purposes from the Honorable Vernon Broderick. I would like to suggest that you read my response to Jeffrey's Sutton's absurd Decision and Order that his office issued **less than 1 year ago** so that you would know that it is not my nature to neither embellish nor exaggerate the type of harassment and abuse that has victimized me for the past 13+ years. I also enclosed herewith in the flash/thumb drive my response to the Sixth Circuit's absurd Decision and Order.

b. After spending 22+ months in prison for crimes that never occurred, I was released from prison on October 27, 2016. As one might imagine, the one thing that I wanted more than anything, was to get laid. So I visited with a couple of old girlfriends and I joined a couple of online dating sites. However, once the FBI agents learned that it was me who was seeking to meet women online, the FBI agents would not only contact me and pretend that they were highly-attractive women who had a sincere interest in me

(even sending me photos of beautiful women who *allegedly* wanted to meet with me), but they also contacted numerous women who contacted me on their own, and the FBI also contacted other women who responded in the affirmative to my emails and text messages. The FBI then encouraged all of those women to work as informants for the FBI, and to attempt to set-me-up and entrap me in crimes and to waste my valuable time, which caused the women to terminate our online relationships. These despicable acts by members of the FBI initially forced me to delete my profile from the dating sites, and to terminate my memberships with the dating sites. Despite being a very civilized person, and having never committed a crime in my life, I believe that the FBI and other members of the United States Department of Justice "crossed the line" on numerous occasions, and I believe that the punishment for destroying a relationship between a man and a woman should warrant what I would refer to as "Islamic Justice".

I am tired of playing "**Defense**" for the past 13+ years as a result of being harassed and abused by members of the FBI, and when my Complaint was transferred to the Civil Division some 13+ months ago for "Settlement Purposes", I decided that if my civil suit were not "fully-settled" by the Civil Division by September 30, 2022, that I would start playing "**Offense**". Therefore, throughout the past 13 months I've developed numerous strategies in which to employ an Offensive posture. Let me share with you only one example of my numerous strategies that I am confident would prevent such harassment and abuses by the FBI from victimizing other innocent people in the future. This one is a very simple strategy, which will be employed on several online dating sites on October 1, 2022 if the case is not fully-settled by September 30, 2022. I already paid numerous unsuspecting women to contact me on several dating sites that I will be joining on October 1, 2022, and when those women are contacted by the FBI, the women will arrange meetings with the FBI agents at the women's residences, and when the FBI agents show up, I will be waiting for them. I told these women that my intentions are to show up with lots of containers of Starbucks coffee, and I will pleasantly surprise the FBI agents with the Starbucks coffee when the FBI agents arrive (as a way for me to thank the FBI agents for their dedication and service to our country). I will also have people circling the neighborhood of these women looking for other back-up agents from the FBI. If asked, the women would tell you that I told them that all I wanted to do was to surprise the FBI agents by giving them delicious Starbucks coffee, as a way of thanking them for their service to our country. After I serve the FBI agents the Starbucks coffee, the FBI agents and I would get into a van, and I would then treat the FBI agents to a free tour of the beautiful Florida Everglades. I hear that the Everglades is very beautiful that time of year. This online dating strategy was developed and will be employed on October 1, 2022 solely because the Civil Division has not compensated me for my financial losses and for my numerous devastating bodily injuries and other injuries.

I have 2 other strategies that I've developed and perfected, and I am currently working on a 4th strategy. The Scum Bags from the FBI harassed me and abused me for 13 long years, and on October 1, 2022 it will be my turn to play **Offense**. If you like the aforementioned strategy, you will love my other strategies, which I believe will be just

as effective, if not more effective, and if one strategy doesn't work as planned, I am extremely confident that several other strategies will in-fact work. Incidentally, as the FBI is well aware, I do not discuss anything in my home, on the telephone, or in my vehicles, which is partially the reason that the FBI agents fear me and have become "extremely paranoid" of me. The other reason that the FBI agents fear me and have become "extremely paranoid" is because when the FBI harasses and abuses someone for 13 long years, they know that nobody is going to put up with that type of abuse, and the FBI agents therefore expect some type of retaliation, and such retaliation is in-fact warranted, but instead, I'm only going to serve the FBI agents some delicious Starbucks coffee. The FBI agent's "fear" is the reason that they hung my photo up in many of the FBI's field offices in New York and in New Jersey, and such paranoia and fear is the reason that the FBI issued a BOLO on me several years ago. The FBI agents are extremely frustrated, because they do not know what my next move will be, but if the civil litigation is not fully-settled by September 30, 2022, they will find out what my next moves will be shortly thereafter. I know that most cops prefer Dunkin Donuts coffee, but I'm going to serve them Starbucks coffee without any crème or sugar, because I do not want to dilute the delicious flavor of the coffee.

c.  Throughout the past few months I've been selling-off and giving away numerous assets that I own because in the event my case against the Government is not *fully-settled* by September 30, 2022, I am planning to immediately give away <u>all</u> of my remaining assets and money to a few loyal friends in preparation for my death via counter-retaliation by the Police, SWAT, or the FBI (simply for sharing some Starbucks coffee with those who violated my Constitutional Rights). Therefore, approximately 4 Weeks ago, I put an advertisement on CarGurus.com and on AutoTrader.com in order to sell one of my vehicles that I don't drive. **Last week** I was contacted by an FBI agent who was aware that I was selling my vehicle, and that FBI agent then wasted my precious time by pretending that he was an interested Buyer of the vehicle. Once I learned that the alleged Buyer was an FBI agent, I will share with you some of our text messages:

> **FBI Agent:** Hello there. Are we still on?
>
> **Ron Bergrin:** Are you still blowing your partner after he fucks you in the ass?
>
> **FBI Agent:** I think you've been disappointed by your Mother Dude.
>
> **Ron Bergrin:** Go Fuck Your Mother Dude!

If you think that I might be fabricating a story or embellishing anything, then all you need to do is to contact the FBI agent at 503██████████, which is the telephone number that he texted me from.

Approximately 3 weeks ago, I also put one of my many AR-15 rifles up For Sale on 2 websites in which people sell guns and ammunition. However, shortly after posting my advertisement, I received text messages and emails from whom I later learned was an FBI agent, who attempted to set-me-up and entrap-me in a crime by "attempting to pay me for the purchase of the rifle

without a proper Bill of Sale being executed prior to me cashing his check or prior to me depositing the funds in my bank account". However, the FBI agent's attempts to entrap me in a crime were *unsuccessful* because I am proficient in spotting FBI agents and their informants (who attempted to set-me-up and entrap-me in at least sixty (60) crimes throughout the past thirteen (13) years), and they are unable to entrap me because I do not engage in criminal behavior. I am selling a High Quality Military Grade Weapon for $2,700.00. I have approximately $2,950.00 invested in the AR-15 rifle. The alleged Buyer (an FBI agent) offered to purchase the gun, but stated that he was not available to meet with me because he was "out of State", but he stated that he wanted to purchase the gun and that he would forward payment to me via overnight mail by way of a "personal check". Being an experienced gun trader, I am aware that in order for the Sale of the Firearm to be legal, a Bill of Sale would need to be executed prior to receiving any money for the weapon, and that at the very least, the Purchaser would need to produce a Florida Drivers License, and the Purchaser would need to be at least 18 years of age (I personally do not sell guns to anyone who is not at least 21 years of age, but that is only my "personal preference"). If the Purchaser was from another State, I would insist that the transaction be performed through "licensed gun dealers" (FFL's) who would act as intermediaries. The FBI agent then forwarded a check to me in the amount of $3,100.00 despite the fact that I was only asking $2,700.00 for the rifle. The check was mailed to me from Maryland (not too far a distance from Quantico, Virginia) and as soon as I received the check in the mail, I cut it into 4 pieces with a scissor and I texted the FBI agent a copy of the desecrated check. The check was written from a bank account of a man named █████ H████ of ████████████████ MD █████ (I do not believe such a person actually exists). **That occurred one week ago.** I will now once again share with you some of our text messages after learning that I was being set-up and entrapped in a crime by an FBI agent:

> **FBI Agent:** Good morning Ronald. The Tracking Number will be available on Monday. Just wanted to keep you posted.

> **Ron Bergrin:** If you have the balls, stop by my house and I'll give you the gun for free (along with 30 rounds of .556 Ammo) Scum Bag!

> **FBI Agent:** Hi. Good morning. Is your AR-15 Sons of Liberty 556/223 still available?

> **Ron Bergrin:** Go Fuck Your Mother! Cop!

Once again, if you think I might be fabricating a story or exaggerating anything, then all you need to do is to contact the FBI agent who attempted to set-me-up and entrap-me in a crime at 305-██████ or via his/her email address at ██████████@gmail.com, which is the telephone number and email address that he/she contacted me from.

Could you imagine that the low-life cowards at the FBI would not come to my house to retrieve a "free AR-15 rifle" that they were willing to pay me $3,100.00 for? I remember a time when FBI agents were "Crime-Fighters Who Were Worthy of Respect, and they weren't Criminals, Cowards, and Scum Bags". Sadly, it seems like that was many decades ago.

As the United States Department of Justice is well aware, I have no fear of prison or death, and if I need to retaliate with extreme prejudice in order to receive "a semblance of justice", then that is the decision that the Civil Division will make. It's not my decision. I prefer to settle this matter the way in which civilized people settle litigation in accordance with the Constitution of the United States, but it seems that the Civil Division has absolutely no respect for the Constitution of the United States or for the Constitutional Rights of Victims such as my-self, and it seems that the Civil Division has no respect for the safety and security of the FBI agents.

I believe that I am being very reasonable and generous by permitting the Civil Division the opportunity to make its decision on what course of action I will take after September 30, 2022. If the Civil Division would like to settle this case in-full prior to September 30th, then together we would work in harmony to cultivate a beautiful White Rose, because I am more than willing to work along with the Civil Division, but if the Civil Division prefers to continue to violate my Constitutional Rights, then I will serve my adversaries with Starbucks coffee and a free tour of Florida's beautiful Everglades.

The $23+ Million was blatantly stolen from me via Intentional Interference, Conversion, Civil Conspiracy, Criminal Conspiracy, and Unjust Enrichment by members of the United States Department of Justice. It's now been more than nine (9) years since the FBI contacted my client (Kenneth Kelner, MD who owed me the $23+ Million, and the FBI agents then instructed Dr. Kelner not to pay me the $23+ Million that was owed to me), That $23+ Million was then blatantly stolen from me by members of the U.S.D.O.J. by intentionally interfering with my litigation, and it's been 13 months since my case was transferred to the Civil Division for Settlement Purposes by the Honorable Vernon Broderick, and the Civil Division has been violating my Constitutional Rights every single second of every day for the past 13 months by not having compensated me for the loss of my $23+ Million and for the numerous damages that I suffered, and for my bodily injuries that I must deal with on a daily basis.

If the Civil Division decides to fully-settle this matter prior to September 30, 2022, I am not going to retain counsel to represent me, because I am well aware that the FBI would contact my lawyer and threaten him/her so that I am then thrown under the proverbial bus, which had happened numerous times in the past. Therefore, I would be the person who would negotiate and execute a "Confidentiality and Non-Disclosure Agreement", as well as negotiate the terms of any Settlement.

The amount of monies that I am suing for in my Complaint is extremely reasonable. However, in the event the Civil Division would like to settle this case for a reduced amount of compensation, I have enclosed a document entitled "Terms of a Proposed Settlement Agreement" for your perusal in the enclosed thumb/flash drive.

If you were to read the Complaint that I filed against the United States, you would certainly understand the reason that the Honorable Vernon Broderick denied me a jury trial, and instead, forwarded the documents to the Civil Division for Settlement Purposes.

It actually makes me sick to my stomach that I need to write this letter, but I cannot permit my own country to steal my $23+ Million and to deny me the justice that I am entitled to receive in accordance with the Constitution of the United States. On October 1, 2022, in excess of 100 copies of this letter along with copies of the enclosed thumb/flash drives will be forwarded to the newspaper news media, the radio news media, the television news media, the Internet news media, and to numerous others. As you may know, I have historically retaliated against my adversaries by exposing their criminal behavior to as many people as possible.

Very truly yours,

Ronald A. Bergrin

CC    Doris Coles-Huff, Esq.
Deputy Chief Civil Division
Civil Division, United States Department of Justice
175 N Street N.E.
Washington, DC 20044

John Truong, Esq.
Senior Litigation Counsel
Civil Division, United States Department of Justice
175 N Street N.E.
Washington, DC 20044

Roger Einerson, Esq.
Assistant Director
Civil Division, Torts Branch, Federal Tort Claims Act Section
United States Department of Justice
175 N Street N.E.
Washington, DC 20044

Ms. Hope L. Swann
Paralegal Specialist
Civil Division, Torts Branch
Federal Torts Claims Act Staff
United States Department of Justice
Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Ms. Tiffany L. Lewis
Paralegal Specialist
Office of the General Counsel
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Room 7-290
Washington, D.C. 20544

Francesca Marie Genova, Esq.
U.S. Department of Justice
Civil Division Box 868
Ben Franklin Station, Washington, DC 20044

Alex Hanna, Esq.
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
Washington, DC 20530

Frederick Gaston Hall, Esq.
U.S. Department of Justice
175 N Street NE, 3con 11.224
Washington, DC 20002

U.S. POSTAGE
FC PKG RTL
BOYNTON BEACH
33417
MAR 10, 22
AMOUNT

**$11.5**

R2305M144374-1

20535

1023

UNITED STATES
POSTAL SERVICE

Opened & Inspected
Jan Duke
MAR 15 2022
Mail Servers #16

7018 3090 0001 2118 1406

# X-RAYED
# CHEVERLY

Christopher Wray
Director of the FBI
The J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, D.C. 20535

Ronald A. Bergrin
Boynton Beach, FL