UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-80122-Cannon/Reinhart

18 U.S.C. § 875(c)
18 U.S.C. § 876(c)
18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 922(g)(4)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)(1)



UNITED STATES OF AMERICA

vs.

RONALD A. BERGRIN,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges the following:

### COUNT 1

On or about March 10, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RONALD A. BERGRIN,**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about March 10, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RONALD A. BERGRIN,**

did knowingly and intentionally deposit in a post office and authorized depository for mail matter,

1

and cause to be delivered by the Postal Service according to the direction thereon, a communication, that is, a letter, containing a threat to injure another person addressed to a Federal law enforcement officer and an official who is covered by Title 18, United States Code, Section 1114, in violation of Title 18, United States Code, Section 876(c).

## COUNT 3

On or about March 10, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RONALD A. BERGRIN,**

did threaten to assault and murder federal law enforcement officers, that is, special agents of the Federal Bureau of Investigation, with intent to retaliate against such law enforcement officers on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## COUNT 4

On or about June 13, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RONALD A. BERGRIN,**

did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been adjudicated as a mental defective and knowing that he had been previously committed to a mental institution, in violation of Title 18, United States Code, Section 922(g)(4).

It is further alleged said firearm and ammunition are:

(a) a Sig Sauer, Model P365, 9mm semi-automatic pistol, bearing serial number 66B324032;

(b) a Springfield Armory, Model Hellcat, 9mm semi-automatic pistol, bearing serial

number BY256114;

(c) a Sig Sauer, Model P365, 9mm semi-automatic pistol, bearing serial number 66B400019;

(d) a Glock Inc., Model 43X, 9mm semi-automatic pistol, bearing serial number BPLN442;

(e) a Glock Inc., Model 45, 9mm semi-automatic pistol, bearing serial number BMFC455;

(f) a Sig Sauer, Model P365, 9mm semi-automatic pistol, bearing serial number 66B179676, and;

(g) approximately 11,772 rounds of assorted ammunition, including: 50 rounds of Federal ("FC") 9mm Luger ammunition; 25 rounds of Federal "Hydr Shok" 9mm Luger ammunition; 50 rounds of Blazer (CCI/Speer) 9mm Luger ammunition; and 100 rounds of Blazer (CCI/Speer Lewingston, ID) 9mm Luger ammunition.

## COUNT 5

On or about July 29, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RONALD A. BERGRIN,**

did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been adjudicated as a mental defective and knowing that he had been previously committed to a mental institution, in violation of Title 18, United States Code, Section 922(g)(4).

It is further alleged said firearm and ammunition are:

(a) a Sig Sauer, Model P365, 9mm semi-automatic firearm, bearing serial number 66A892569, and approximately 86 rounds of ammunition, including approximately 50 rounds of Federal American Eagle 9mm ammunition; and

(b) approximately 2,973 rounds of Blazer 9mm ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RONALD A. BERGRIN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section[s] 875 and/or 115, as alleged in this Indictment, the defendant shall forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

4. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   (i) a Sig Sauer, Model P365XL, 9mm semi-automatic firearm and approximately 86 rounds of ammunition, including approximately 50 rounds of Federal American Eagle 9mm ammunition; and

   (ii) approximately 2,973 rounds of Blazer 9mm ammunition.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-cr-80122-Cannon/Reinhart

v.

RONALD A. BERGRIN,

_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami   ☐ Key West   ☐ FTP
- ☐ FTL    ■ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect: _____

4. This case will take  10  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I    ☐ 0 to 5 days              ☐ Petty
   II   ☐ 6 to 10 days             ☐ Minor
   III  ■ 11 to 20 days            ☐ Misdemeanor
   IV   ☐ 21 to 60 days            ■ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes, Magistrate Case No.  22-8291-BER

8. Does this case relate to a previously filed matter in this District Court? (Yes or No)  No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of  08/01/2022
10. Defendant(s) in state custody as of   N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No)  No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No)  No

By: _____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500698

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RONALD A. BERGRIN

**Case No:** 22-cr-80122-Cannon/Reinhart

Count 1

Interstate threatening communication

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 2

Mailing a threatening communication

Title 18, United States Code, Section 876(c)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 3

Threatening federal law enforcement

Title 18, United States Code, Section 115(a)(1)(B) and (b)(4)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts 4 and 5

Possession of firearm and ammunition as a prohibited person (adjudicated mentally defective and previously committed)

Title 18, United States Code, Section 922(g)(4)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.