UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80122-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**RONALD A. BERGRIN**,

 Defendant.
_____/

## ORDER FOR COMPETENCY EVALUATION

On October 7, 2022, the Court held a hearing on Attorney Farkas's Motion to Withdraw as Counsel for Defendant Ronald A. Bergrin [ECF No. 37]. Outside the presence of the Government, the Court heard argument from counsel and testimony from Defendant. The Court then granted Attorney Farkas's Motion to Withdraw and reappointed the Federal Public Defender to represent Defendant [ECF Nos. 37, 39]. The Court also found reasonable cause to order a competency evaluation of Defendant, pursuant to 18 U.S.C. § 4241(a) and (b). This determination was based on the Court's review of the full record, including Defendant's Letter to the Court [ECF No. 28], the Court's own observation of Defendant's statements and demeanor during the *ex parte* hearing, and Defendant's prior finding of incompetence in Case No. 15-00004-DAP (N.D. Ohio).

 Accordingly, it is:

 **ORDERED AND ADJUDGED**, pursuant to 18 U.S.C. § 4241(a) and (b) and § 4247(b), that Defendant shall submit to a Competency Evaluation to be conducted by the **Bureau of Prisons** to take place no later than **thirty-five (35)** calendar days from the date of this Order. Defendant shall be examined by at least one qualified psychiatrist or psychologist to determine if he is

presently competent to be able to understand the criminal proceedings against him or to properly assist in his defense.

For purposes of this examination, Defendant is committed to the custody and care of the Attorney General for placement in a suitable facility as close to the Southern District of Florida as possible to minimize delays. The psychiatrist or psychologist, as designated by the Attorney General to examine Defendant, shall prepare a psychiatric or psychological report pursuant to the requirements of 18 U.S.C. § 4247(b). The psychiatrist or psychologist, as designated by the Attorney General, shall forward the original report to this Court and a copy to defense counsel. The period of delay resulting from the examination of Defendant and any subsequent judicial proceedings to determine Defendant's competency shall be deemed excluded for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(A).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of Record