TRULINCS 60631060 - BERGRIN, RONALD - Unit: MIM-D-W

---

FROM: 60631060
TO: Golden, Lenny
SUBJECT: Motion to Disqualify Judge Aileen Cannon
DATE: 10/27/2022 07:33:58 PM

FILED BY ___/CS___ D.C.

NOV 03 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

MOTION TO DISQUALIFY JUDGE AILEEN CANNON

UNITED STATES V. RONALD BERGRIN  Case No. 22-CR-81022-CANNON

This is a Motion to Disqualify Judge Aileen Cannon for Numerous Violations of Defendant's Due Process Rights, Numerous Violations of Defendant's Constitutional Rights, and Numerous Violations of the Oath of Office in which Judge Aileen Cannon Swore to Uphold the Constitution of the United States when she was appointed to the Federal Bench.

In this Motion to Disqualify Judge Aileen Cannon, Defendant is hereby invoking the "Administrative Procedure Act" 5 USC Section 706 (2) (A)-(D).

Defendant Ronald Bergrin appeared before Judge Aileen Cannon only One (1) time in October 2022. Throughout that one Hearing, Judge Aileen Cannon violated Defendant's Constitutional Rights at least eight (8) times. When a Judge knowingly and intentionally violates a litigant's Constitutional Rights, that Judge is engaging in Criminal Activity. When that Judge is violating that litigant's Constitutional Rights because that Judge was asked to throw that litigant under the proverbial bus, that Judge has entered into a "Criminal Conspiracy" in which to violate that litigant's Constitutional Rights. The reason that Judge Cannon violated Defendant's Constitutional Rights is because Judge Cannon was approached by a member of the U.S.D.O.J. and that person asked Judge Cannon to violate this Defendant's Constitutional Rights. Judge Cannon engaged in Cronyism, Corruption, and Criminality.

## BACKGROUND

The FBI harassed and abused Defendant repeatedly for the past 13 years, by Stalking Defendant, by Cyber Stalking Defendant, by Contacting Defendant via cell phone, email, and text message 12-16 hours a day and attempting to set-up and entrap Defendant in numerous crimes. The FBI was unable to entrap Defendant in crimes, because Defendant does not engage in criminal activity. The FBI destroyed Defendant's successful business, Defendant's relationships, Defendant's Business contacts, Defendant's health, and the FBI falsely arrested and incarcerated Defendant for a period of 22 months from December 2014 - October 2016, despite the fact that Defendant did not commit a crime. The FBI then instructed a Client of Defendant who owed Defendant in excess of $23 Million not to pay Defendant. The FBI then instructed Defendant's Landlord to clean-out Defendant's apartment during the time that Defendant was incarcerated, and Defendant lost all of his personal property. Defendant then sued his Landlord and his Client in State Court. Defendant also filed a Civil Suit against the FBI and against the U.S.D.O.J., and the U.S.D.O.J. then engaged in "Intentional Interference" by interfering with the two (2) Civil litigations that Defendant was prosecuting against Defendant's Client and against Defendant's Landlord. As a result of the U.S.D.O.J. interfering with Defendant's 2 Civil Suits, Defendant lost substantially in excess of $23 Million. The FBI and the U.S.D.O.J. are extremely angry with Defendant for suing the FBI and the U.S.D.O.J. and that is the reason that Defendant was falsely arrested in the herein case and charged with crimes that never occurred. The FBI agent, Dominick Healey, who executed an Affidavit in which to obtain an arrest warrant lied at least 13 times in his Affidavit. Defendant did write an inappropriate letter to the U.S.D.O.J. as a result of the extreme harassment and abuse, as a result of the U.S.D.O.J. costing Defendant in excess of $23 Million, but such letter was not a threat nor a crime. Such letter was First Amendment Free Speech, and there are at least Six (6) different reasons that this frivolous criminal case Must be dismissed on a Motion to Dismiss. The FBI arrested Defendant and charged Defendant with multiple crimes, which Defendant did not commit. As a result of the U.S.D.O.J. having a grudge against Defendant, a member of the FBI, Dominick Healey, had contacted every single person involved in the herein case and has successfully been able to coerce these people to violate Defendant's Constitutional Rights. This is a "Mirror Case" to that in which Defendant was falsely arrested in 2014 and charged with crimes that never occurred.

Judge Aileen Cannon must be Disqualified from the herein case because Judge Cannon entered into a Criminal Conspiracy and has agreed to violate Defendant's Due Process Rights and Defendant's Constitutional Rights, and Judge Cannon has engaged in numerous "Actual Conflicts of Interest". If Judge Cannon does not Recuse herself from the herein case "immediately", Defendant will be filing a Civil Suit against Judge Cannon and against all of the Federal Judges in Saint Lucie County and in Fort Pierce. Once Defendant files the lawsuit against Judge Cannon, Judge Cannon is automatically saddled with an "Actual Conflict of Interest", and therefore MUST recuse herself immediately. Defendant is extremely confident that if Defendant had a copy of the transcript from the First Hearing, that such transcript would prove that there were in excess of eight (8) violations of Defendant's Constitutional Rights that were committed by Judge Aileen Cannon in the First Hearing. Below is a list of at least eight (8) violations of Defendant's Due Process Rights and Defendant's Constitutional Right that were violated by Judge Aileen Cannon in the First and Only Hearing in which Defendant appeared before Judge Cannon:

TRULINCS 60631060 - BERGRIN, RONALD - Unit: MIM-D-W

---

1. Defendant terminated his Federal Public Defender, Scott Berry, Esq., because Mr. Berry violated Defendant's Constitutional Rights after Mr. Berry was approached by FBI Special Agent Dominick Healey. Mr. Berry's colleague, Peter Birch, Esq. also violated Defendant's Constitutional Rights in the first appearance that Defendant had before Magistrate Judge Bruce Reinhart by refusing to request Exculpatory Evidence that Defendant had requested. Mr. Berry attempted to force Defendant to plead guilty to a crime that never occurred by threatening to file a "Motion to Declare Defendant Incompetent", if Defendant refuses to plead guilty to One Felony (If Defendant were "Incompetent", Mr. Berry would not have been legally able to communicate such a threat). Defendant had no choice other than to terminate Mr. Berry immediately and to retain other counsel. Defendant then retained Adam Farkas, Esq., but unfortunately, Mr. Farkas was then contacted by Dominick Healey who coerced Mr. Farkas to violate Defendant's Constitutional Rights by refusing to provide any Discovery to Defendant. After numerous pleas for Mr. Farkas to obtain the 50+ Discovery items that Defendant had requested, Mr. Farkas gave Defendant only One (1) document, along with an invoice for $441.87 for the document, and Mr. Farkas told Defendant that he would not receive any more Discovery until Defendant pays the $441.87. Defendant and Defendant's family have copies of that $441.87 invoice. Prior to being represented by the Office of the Federal Public Defender, Defendant had retained Angela Pagan, Esq. However, after working closely with Ms. Pagan for approx. 8 days, the FBI and the Sheriff's Department approached Ms. Pagan and insisted that Ms. Pagan permit the Government to plant a criminal by the name of David Casals inside of Ms. Pagan's office to represent Defendant as co-counsel. After Defendant worked closely with David Casals for approximately one week, Mr. Casals attempted to throw Defendant under the proverbial bus, but Defendant then Googled Mr. Casals name and Defendant learned that Mr. Casals was facing 50 years in prison for smuggling cocaine into the jails for his clients. Defendant then confronted Ms. Pagan who admitted the above facts to Defendant and Ms. Pagan apologized to Defendant and returned the monies that Defendant had paid to Ms. Pagan. The FBI and the Sheriff's Dept. planted Mr. Casals in Ms. Pagan's office to represent Defendant because the Government is unable to give Defendant a fair trial, because Defendant did not commit a crime and because the Government would not be able to convict Defendant of a crime at trial. If the Prosecution were able to convict Defendant at trial, the Government would not have planted David Casals in the office of Angela Pagan to represent Defendant. The planting of David Casals in the office of Angela Pagan is "legal cause for the herein case to be Dismissed at Motion Practice". At the Hearing in which Defendant's Constitutional Rights were violated by Aileen Cannon at least nine (9) times, Defendant explained that the Government had repeatedly contacted Defendant's counsel who then violated Defendant's Constitutional Rights and engaged in "Ineffective Assistance of Counsel", but Aileen Cannon then reappointed Scott Berry to represent Defendant in violation of Defendant's Due Process Rights. This is a Mirror Case to that in which Defendant was falsely arrested in 2014 and the corrupt Judge in that case, whom is known to many as "Dishonorable Dan Polster", saddled Defendant with Federal Public Defenders who were "under FBI criminal investigation" and entered into a Criminal Conspiracy to violate Defendant's Constitutional Rights. Defendant has a Constitutional Right to be appointed CJA Counsel with a "NO CONTACT ORDER" against any and all Law Enforcement from contacting such CJA Counsel, because the Government engaged in "Intentional Interference" by contacting Defendant's 3 prior attorneys, causing them to "represent 2 masters", and having "Actual Conflicts of Interest". However, Judge Aileen Cannon violated Defendant's Constitutional Rights by denying Defendant such CJA counsel, and instead, reappointed Scott Berry to represent Defendant, despite Judge Cannon knowing that Mr. Berry had to be terminated as a result of Mr. Berry violating Defendant's Constitutional Right to "Conflict-Free Counsel" by joining the Criminal Conspiracy. The reappointment of Scott Berry by Judge Cannon was another violation of Defendant's Due Process Rights by Judge Cannon. This is once again a Mirror Case in which Defendant's Constitutional Right to "Conflict-Free Counsel" was violated, AND

2. Judge Aileen Cannon violated Defendant's Due Process Rights by refusing to appoint such CJA counsel to represent Defendant and issuing a "NO CONTACT ORDER" against all Law Enforcement from contacting such CJA counsel. Defendant is now indigent as a result of paying Adam Farkas, Esq. $7,500 to represent him, because Mr. Farkas entered into the Criminal Conspiracy to violate Defendant's Constitutional Rights at the behest of FBI Special Agent Dominick Healey. Defendant is therefore legally entitled to be appointed CJA counsel with a "NO CONTACT ORDER" being issued by the Court. This is once again a Mirror Case to that in 2014 in which Defendant was entitled to CJA Counsel, but Defendant was Denied such CJA Counsel in violation of Defendant's Due Process Rights by Judge Aileen Cannon, AND

3. In the Hearing in which Defendant appeared before Judge Aileen Cannon, Judge Cannon "Blatantly Lied" by stating that the letter that Defendant forwarded to Judge Cannon caused Ms. Cannon to believe that Defendant's Mental Acuity should be questioned. However, there was nothing in the letter that Defendant forwarded to Judge Cannon that could in any way shed a negative light on Defendant. Defendant's letter was 100% truthful and accurate, but because Judge Cannon violated Defendant's constitutional Rights by entering into a Criminal Conspiracy, Judge Cannon Blatantly Lied in order to appease her Co-Conspirators, which was another violation of Defendant's Constitutional Rights, AND

TRULINCS 60631060 - BERGRIN, RONALD - Unit: MIM-D-W

----------------------------------------------------------------------

FROM: 60631060
TO: Golden, Lenny
SUBJECT: MOTION TO DISQUALIFY JUDGE AILEEN CANNON
DATE: 10/27/2022 07:34:45 PM

4. Judge Aileen Cannon violated Defendant's Constitutional Rights by issuing an Order that was requested by Defendant's adversaries in which Judge Cannon erroneously agreed to send Defendant for a Forensic Evaluation despite Defendant being "Extremely Competent to Stand Trial". In fact, it is no secret to everyone that is associated with the herein case that Defendant will be the Tryer of the herein case - should the case go to trial. Throughout the past 35 years, Defendant has been involved in 15-16 civil litigations in which Defendant represented himself "Pro-Se" in approximately 12 of the litigations in the Federal Courts and in the State Courts, as both Plaintiff and Defendant, and Defendant won all 12 litigations, including several litigations that were substantially more complex than in the herein case. This case is once again a "Mirror Case" to that in 2014 in which a corrupt Judge sent Defendant for three (3) Forensic Evaluations, and despite the corrupt Judge and several corrupt members of the U.S.D.O.J. repeatedly attempting to corrupt the doctors that are employed by the Federal Bureau of Prisons by attempting to coerce the doctors to erroneously declare Defendant "Incompetent to Stand Trial", the doctors refused to engage in Perjury, Fraud, and Medical Malpractice, and all of the Government's own doctors found Defendant to be "Competent to Stand Trial". Defendant might not be so lucky to have doctors that are not able to be corrupted by FBI Special Agent Dominick Healey, by Judge Aileen Cannon, and by other members of the U.S.D.O.J., and for that reason, Defendant has been advised not to participate in the Forensic Evaluation. Judge Cannon once again violated Defendant's Constitutional Rights by sending Defendant for Competency Evaluation, knowing that Defendant is "Extremely Competent to Stand Trial", AND

5. Judge Aileen Cannon once again violated Defendant's Due Process Rights by erroneously stating that Defendant had waived his Constitutional Right to a Bail Hearing, but like mostly everything that came out of Judge Cannon's mouth in the first and only Hearing that took place before Judge Cannon, nothing coud be further from the truth. If one were to obtain a copy of the Hearing Transcripts from the 2 prior Hearings that took place before Magistrate Judge Bruce Reinhart, one would know that Defendant requested to have the Bail Hearing at a later time, and that "Judge Reinhart Agreed To Defendant's Request". Defendant never waived his Constitutional Right to a Bail Hearing, and for this reason, after Judge Cannon is removed from the herein case, this case needs to be sent back to Judge Bruce Reinhart for lots of unfinished business as further mentioned below, AND

6. Judge Cannon also violated Defendant's Due Process Rights by not permitting Defendant to receive a highly detailed "Bill of Particulars" for each count alleged in the indictment. The Bill of Particulars is extremely important because Defendant needs to file a voluminous and comprehensive Motion to Dismiss. Judge Cannon does not want Defendant to receive a Bill of Particulars from the Prosecution because Judge Cannon is clearly biased against Defendant and biased in support of the Prosecution, because Judge Cannon entered into a Criminal Conspiracy in which to violate Defendant's Constitutional Rights, AND

7. Judge Cannon also violated Defendant's Constitutional Right to receive the voluminous Discovery and Exculpatory Evidence that Defendant needs to file what will be "the most comprehensive Motion to Dismiss ever filed by Defendant" in any case. Judge Cannon attempted to prevent Defendant from receiving such Discovery by attempting to set a trial date prior to the corrupt Assistant U.S. Attorneys requesting that Judge Cannon send Defendant for a Forensic Evaluation. In violation of Defendant's Due Process Rights, Judge Cannon was not going to permit Defendant to receive the Discovery that Defendant needs in order to file the Motion to Dismiss and to Try the herein case, AND

8. Judge Aileen Cannon also violated Defendant's Due Process Rights by not permitting Defendant to file a "Motion to Dismiss". The reason that Judge Cannon has attempted to prevent Defendant from filing the Motion to Dismiss is because in accordance with case law and statutory law, no crime was committed by Defendant in the herein case. There were lots of crimes that were in-fact committed in the herein case by the Judges, by the FBI, by the Office of the Federal Public Defender, and by the Assistant U.S. Attorneys, but Defendant seems to be the only person involved in this case who has not committed a crime.

For the aforementioned reasons, Judge Aileen Cannon is to recuse herself immediately and this case shall be sent back to Judge Bruce Reinhart in Palm Beach County so that Defendant's Due Process Rights are not further violated.

Ronald A. Bergrin
Inmate # 60631-060
Federal Detention Center
33 NE 4th Street
Miami, FL. 33132-2112

*/s/ Ronald A. Bergrin*

Anthony Harris
Inmate # 04608-104
Federal Detention Center
33 NE 4th Street
Miami, FL. 33132-2112

MIAMI FL 330
1 NOV 2022 PM

Clerk of the Court
United States Courthouse
701 Clematis Street
West Palm Beach, FL. 33401

33401-511352