**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80122-CANNON**

**UNITED STATES OF AMERICA**

vs.

**RONALD A. BERGRIN,**

          **Defendant.**

_____/

**<u>ORDER OF DISMISSAL</u>**

The United States respectfully notifies the Court that the defendant, Ronald A. Bergrin, is deceased. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the Indictment as to the above-named defendant.

    Respectfully submitted,

_____ for _____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Anthony W. Lacosta, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _____

                                                HON. AILEEN M. CANNON
                                                UNITED STATES DISTRICT COURT JUDGE